IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD SHAVER, WILLIAM WHITNEY, JOE FEDELE, RALPH RIBERICH AND ANTHONY KATZ | ) | |
| On behalf of themselves and others similarly situated | ) | |
| Plaintiffs, | ) | Case No. 02-1424 |
| v. | ) | Honorable David S. Cercone |
| SIEMENS CORPORATION, SIEMENS WESTINGHOUSE RETIREMENT PLAN FOR UNION EMPLOYEES AND SIEMENS WESTINGHOUSE RETIREMENT PLAN | ) | Magistrate Judge Ila Jeanne Sensenich |
| Defendants. | ) | Electronically Filed |

**ORDER OF COURT**

AND NOW, to-wit, this ___ day of __________, 2007, it is hereby ORDERED, ADJUDGED and DECREED that the Order of Court dated March 29,2007 is hereby certified for interlocutory appeal under 28 U.S.C. § 1292(b).

______________________________J.